JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRADNI, <br><br> Plaintiff, <br><br> v. <br><br> ADVANTAGE PLUS CREDIT REPORTING, INC., <br><br> Defendant. | CASE NO.: 2:25-CV-04267-CV (JPRx) <br><br> ORDER OF DISMISSAL AS TO DEFENDANT ADVANTAGE PLUS CREDIT REPORTING, INC. |

On November 7, 2025, the Parties filed a Stipulation of Dismissal requesting that the Court dismiss the action in its entirety. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's causes of action against Defendant Advantage Plus Credit Reporting, Inc. are dismissed with prejudice;
2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 12/9/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE